UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KEVIN EDWARD CRESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:23-CV-121-KAC-DCP |
| | ) |
| JOSH RUSSEL, | ) |
| REBECCA RUSSEL, and | ) |
| ANGIE McDONALD | ) |
| | ) |
| Defendants. | |

**REPORT AND RECOMMENDATION**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (the "Application") [Doc. 1].

Plaintiff's Application does not include a certified copy of his trust fund account for the past six months [*Id.*]. On April 12, 2023, the Court entered an Order requiring Plaintiff to either pay the $350.00 filing fee or submit the necessary documentation—including his inmate trust account for the previous six-month period—within thirty days of the Order [Doc. 4].

It has been more than thirty (30) days since the Court ordered Plaintiff to submit a certified copy of his inmate trust account for the previous six-month period or pay the $350.00 filing fee and Plaintiff has done neither action. Accordingly, the Court **RECOMMENDS** that the District Judge **DENY** Plaintiff's Application [**Doc. 1**].[1] The Court further **RECOMMENDS** that Plaintiff

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Civ. P. 72(b)(2). Such objections must conform to the requirements of Federal Rule of Civil Procedure 72(b). Failure to file objections within the time specified waives the right to appeal

be afforded twenty-one (21) days to pay the filing fee and advised that the failure to do so will result in a dismissal of his case without prejudice. *See Young v. Cameron*, No. 3:20-CV-680-DJH, 2020 WL 13093863, at *2 (W.D. Ky. Oct. 13, 2020) (directing the plaintiff to pay the filing fee or file a fully completed in forma pauperis form and warning that failure to do so would result in dismissal of the action without prejudice); *Washington v. Berryhill*, No. 18-2385-SHM-TMP, 2018 WL 11260461, at *1 (W.D. Tenn. June 5, 2018) ("If the plaintiff fails to file a properly completed *in forma pauperis* application or pay the filing fee within thirty days, his complaint may be dismissed without prejudice.").

Respectfully submitted,

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

---

the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 153–54 (1985). "[T]he district court need not provide *de novo* review where objections [to the Report and Recommendation] are '[f]rivolous, conclusive or general.'" *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982)). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed. of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).